1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                         FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   OTIS RUBE TERRY,                          1:06-CV-1118 AWI DLB HC

10             Petitioner,

11       vs.                                   ORDER TO SUBMIT
                                              APPLICATION TO PROCEED
12   JAMES YATES,                             IN FORMA PAUPERIS
                                              **OR** FILING FEE
13             Respondent.
    _____/

14

15            Petitioner is a state prisoner proceeding pro se in an application for a writ of habeas

16   corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not paid the $5.00 filing fee, or submitted an

17   application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.

18   Accordingly, IT IS HEREBY ORDERED that:

19            1. The Clerk's Office shall send to petitioner the form for application to proceed in forma

20   pauperis.

21            2.  Within thirty days of the date of service of this order, petitioner shall submit a

22   completed application to proceed in forma pauperis, or in the alternative, pay the $5.00 filing fee for this

23   action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

24

25       IT IS SO ORDERED.

26       **Dated:    October 13, 2006**                    **/s/ Dennis L. Beck**
    ah0l4d                                    UNITED STATES MAGISTRATE JUDGE
27

28