# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS RUBE TERRY,<br><br>        Petitioner,<br><br>   v.<br><br>JAMES YATES, Warden,<br><br>        Respondent.<br>_____/ | CV F   06-1118 AWI DLB HC<br><br>ORDER DISREGARDING PETITIONER'S NOTICE OF APPEAL AS PROCEDURALLY DEFICIENT<br><br>[Doc. 9] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    Petitioner filed the instant petition for writ of on August 21, 2006. (Court Doc. 1.) On November 27, 2006, the Court issued Findings and Recommendations recommending that the instant petition be dismissed, without prejudice, as a successive petition. (Court Doc. 7.) Petitioner filed objections to the Findings and Recommendations on December 12, 2006. (Court Doc. 8.)

    On January 8, 2007, Petitioner filed a notice of appeal. (Court Doc. 9.) Petitioner's notice of appeal is procedurally deficient, as the Court has yet to rule on the pending Findings and Recommendations and judgment has not been rendered. As such, the filing of a notice of appeal is premature, and will be disregarded on that basis.

1

1  Accordingly, it is HEREBY ORDERED that the notice of appeal, filed January 8, 2007,
2 is DISREGARDED as PREMATURE.

4 IT IS SO ORDERED.

5 **Dated:    January 21, 2007**                       /s/ Anthony W. Ishii
0m8i78                                                         UNITED STATES DISTRICT JUDGE