1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  OTIS RUBE TERRY,              )    1:06-cv-01118-AWI-DLB-HC
                                  )
12          Petitioner,           )    **ORDER ADOPTING FINDINGS AND**
                                  )    **RECOMMENDATIONS** (Doc. 7)
13  v.                            )
                                  )    **ORDER DISMISSING PETITION**
14  JAMES YATES, Warden,          )    **FOR HABEAS CORPUS**
                                  )
15          Respondent.           )    **ORDER DIRECTING CLERK TO**
    _____)    **ENTER JUDGMENT**
16

17       Petitioner is a state prisoner proceeding pro se with a

18  Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

19       On November 27, 2006, the Magistrate Judge filed Findings and

20  Recommendations that the instant petition for writ of habeas corpus

21  be DISMISSED, without prejudice, as a successive petition.  These

22  Findings and Recommendations were served on all parties and

23  contained notice that any objections were to be filed within thirty

24  (30) days from the date of service of that order.  On December 12,

25  2006, Petitioner filed objections to the Findings and

26  Recommendations.

27  //

28  /

                                   1

1    In accordance with the provisions of 28 U.S.C. § 636

2 (b)(1)(C), this Court has conducted a *de novo* review of the case.

3 Having carefully reviewed the entire file, including Petitioner's

4 objections, the Court concludes that the Magistrate Judge's

5 Findings and Recommendations are supported by the record and proper

6 analysis.  Petitioner's objections present no grounds for

7 questioning the Magistrate Judge's analysis.  Petitioner must file

8 a petition, requesting permission to file a second petition, in the

9 Ninth Circuit.

10    Accordingly, IT IS HEREBY ORDERED that:

11    1.   The Findings and Recommendations, filed November 27,

12 2006, are ADOPTED IN FULL;

13    2.   The Petition for Writ of Habeas Corpus is DISMISSED,

14 without prejudice, as a successive petition; and,

15    3.   The Clerk of Court is DIRECTED to enter judgment.

16

17 IT IS SO ORDERED.

18 **Dated:   February 15, 2007**              **/s/ Anthony W. Ishii**
   0m8i78                                UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

2